**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 224 MAL 2022

Respondent    :

   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court

v.    :

DAMIEN CLAGON,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.